

**SEALED**

**U.S. Department of Justice**
United States Attorney

FILED
2017 MAY 16 PM 12:55
CLERK... DISTRICT COURT
BY_____
DEPUTY CLERK

## United States District Court
## Western District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) SA17CR 381 DAE |
| | ) |
| STANLEY P. BATES (2) | ) |
| | ) |

### ORDER FOR BENCH WARRANT

It appearing to the Court than an Indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, returnable instanter to the San Antonio Division of this Court.

#### Defendant

STANLEY P. BATES

ENTERED at San Antonio, Texas, this 16th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

If the Defendant is arrested outside the Western District of Texas, the United States Attorney for the Western District of Texas recommends that Defendant **STANLEY P. BATES** be released on conditions that include an unsecured bond in the amount of $50,000 and no contact with witnesses and other defendants related to this case.