Filed 5-17-17
Clerk, U. S. District Court
Western District of Texas
By _____
Deputy

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs<br><br>STANLEY P. BATES,<br><br>*Defendant* | Case Number: **5:17-CR-00381-2-DAE** |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Karl A Basile , is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.
It is so **ORDERED** this 17th day of May, 2017.

_____
Henry J. Bemporad
U.S. Magistrate Judge