AO 442 (Rev. 11/11) Arrest Warrant



SEALED

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**STANLEY P. BATES**<br><br>*Defendant* | )<br>)  Case No.  SA 17-CR-381-DAE-(2)<br>)<br>)<br>)<br>) |

U.S. MARSHALS RECEIVED
MAY 16 2017
SAN ANTONIO, TX
ENFORCEMENT SECTION

FILED
MAY 22 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     STANLEY P. BATES,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

    18:1343 - Wire Fraud
    18:1349 - Conspiracy to Commit Wire Fraud
    18:1956(h) - Conspiracy to Launder Monetary Instruments
    18:1957 - Engaging in Monetary Transactions in Property derived from specified unlawful activity
    15:78j(b) & 78ff - Securities Fraud
    15:78o(a) & 78ff - Unregistered Securities Broker

Date:    05/16/2017                                                              _____
                                                                                          *Issuing officer's signature*

City and state:    San Antonio, TX                                       Monica Granados-Ramos, Deputy Clerk
                                                                                           *Printed name and title*

---

**Return**

This warrant was received on *(date)*  5.16.17, and the person was arrested on *(date)* 5.17.17
at *(city and state)*  San Antonio, TX.

Date:   5.17.17                                                                  FBI
                                                                                         *Arresting officer's signature*

                                                                                 by Charla Mora, USMS /RS
                                                                                         *Printed name and title*