**FILED**

JAN -8 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | Case Number: |
| vs. | § § | SA:17-CR-00381(2)-DAE |
| (2) Stanley P. Bates | § § | |

### ORDER SETTING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING PROCEEDINGS in Courtroom Number Five, Third floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, (formerly E. Durango Boulevard) San Antonio, Texas on April 17, 2018 at 9:00 a.m.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, U.S. Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if defendant is on bond, advise defendant that he must be present at the sentence proceedings.

**IT IS SO ORDERED** on **January 08, 2018.**

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE