UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| V. § | CAUSE NO. SA-17-CR-381 DAE |
| § | |
| STANLEY P. BATES § | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

TO THE HONORABLE DAVID A. EZRA, SENIOR UNITED STATES DISTRICT JUDGE, FOR THE WESTERN DISTRICT OF TEXAS:

Defendant STANLEY P. BATES, by and through his undersigned attorney, files this Unopposed Motion to Continue Sentencing, and would show this Honorable Court as follows:

I

This case is currently set for sentencing on April 17, 2018. The undersigned respectfully requests a ninety (90) day continuance to allow Defense Counsel additional time in order to complete further sentencing investigation and to allow the Probation Office to adequately prepare the Pre-sentence Investigation Report, which has not yet been disclosed, and is necessary to adequately represent Mr. Bates.

II

Counsel for the Government, Assistant United States Attorney Joseph E. Blackwell, has indicated that he is not oppose to a continuance.

WHEREFORE premises considered Defendant respectfully prays that this Honorable Court will continue the above-styled and numbered cause for ninety (90) days.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/ KURT G. MAY
Assistant Federal Public Defender
Western District of Texas
727 East César E. Chávez Blvd., B–207
San Antonio, Texas 78206–1205
(210) 472-6700
(210) 472-4454 (Fax)
State Bar Number: 00789874

*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April 2018, I electronically filed the foregoing Unopposed Motion to Continue Sentencing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Joseph E. Blackwell
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216-5512

/s/ KURT G. MAY
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| § | |
| V. § | CAUSE NO. SA-17-CR-381 DAE |
| § | |
| STANLEY P. BATES § | |

**ORDER**

On this date came on to be considered Defendant's Unopposed Motion to Continue Sentencing, and the Court having considered the premises, is of the opinion that the same should be and is hereby GRANTED.

It is therefore ORDERED that the sentencing hearing be continued for ninety (90) days in the above-styled and numbered cause.

SO ORDERED on this the _____ day of April, 2018.

---

DAVID A. EZRA
Senior United States District Judge